PROB 12B  
(04/08)

September 6, 2016  
pacts id: 232227

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Thomas Alan Henry (English)     **Dkt No.:** 11CR07032-001-H

**Name of Sentencing Judicial Officer:** The Honorable Jimm Larry Hendry, U.S. District Judge, Western District of Arkansas. July 14, 2011: Jurisdiction transferred to the Southern District of California, and case reassigned to the Honorable Marilyn L. Huff, U.S. District Judge.

**Sentence:** 57 months in custody; lifetime supervised release term. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** May 25, 2006

**Date Supervised Release Commenced:** August 12, 2010

**Prior Violation History:** None.

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

Abstain from the use of alcohol and submit to breathalyzer testing.

PROB12B

Name of Offender: Thomas Alan Henry            September 6, 2016
Docket No.: 11CR07032-001-            Page 2

## CAUSE

On July 21, 2016, Mr. Henry was arrested by Harbor Police officers for driving under the influence of alcohol. The officers conducted a traffic stop on the offender after he was observed obstructing an intersection and straddling and drifting between traffic lanes. Upon contact, the officers observed a strong odor of an alcoholic beverage from inside the vehicle. Additionally, they noted Mr. Henry's eyes were bloodshot and watery and he had slurred and mumbled speech. Mr. Henry admitted to the officers he had been at dinner with friends and had a few beers. The offender agreed to submit to a field sobriety test, which he did not pass. He also agreed to provide a breath sample, the results of which revealed a blood alcohol content (BAC) of 0.138 percent and 0.141 percent.

Mr. Henry was subsequently arrested for driving under the influence of alcohol and driving under the influence of alcohol with a BAC greater than 0.08 percent. He posted bail on the same day.

To his credit, the offender promptly notified the undersigned of his arrest. He was able to identify the potential consequences of his actions and prosocial alternatives to this type of behavior should he be faced with similar circumstances in the future.

This matter is pending in San Diego County Superior Court. Mr. Henry relayed that he will have a trial date set in October 2016.

Based on Mr. Henry's conduct as outlined above, the probation officer recommends that his conditions of supervised release be modified to include that he abstain from the use of alcohol and participate in a substance abuse treatment program. The offender agrees with this modification as evidenced by his signature on the attached Waiver of Hearing form.

Respectfully submitted:            Reviewed and approved:

by _____            _____
Crystal D. Tignor            Janet Bergland
Senior U.S. Probation Officer            Supervising U.S. Probation Officer
(619) 557-5653

Attachments:

### THE COURT ORDERS:

__X__ The Modification of Conditions as Noted Above

_____ Other _____

_____            9/9/16
The Honorable Marilyn L. Huff            Date
U.S. District Judge